UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TERRY EUGENE SEARS,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**CASE NO. 3:15cv370-MCR-CJK**

**RICHARD SUBASAVAGE,
D. HENDERSON, SCOTTY
LANGFORD, S. COLLINS
TERRY DUDLEY, and
A. BETHEA,**

    **Defendants.**
_____/

# O R D E R

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated August 14, 2018. ECF No. 58. Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant Bethea's motion to dismiss for failure to state a claim, ECF No. 32, is GRANTED and Plaintiff's claims against Bethea are DISMISSED.

3. Defendant Dudley's motion to dismiss for failure to state a claim, ECF No. 33, is GRANTED and Plaintiff's claims against Dudley are DISMISSED.

4. Defendant Collins' motion to dismiss for failure to state a claim, ECF No. 34, is GRANTED and Plaintiff's claims against Collins are DISMISSED.

5. Plaintiff failed to timely effect service of process on the remaining defendants, Richard Subsavage, D. Henderson, and Scotty Langford. *See* Fed. R. Civ. P. 4(m). Plaintiff's claims against those Defendants are thus provisionally dismissed, and the Clerk is directed to close the file for administrative purposes.

6. Plaintiff has 30 days from the date of this order in which to demonstrate that service of process was timely effected on the remaining Defendants or to provide a reason why service of process could not be timely effected. If so, the case will be reopened for further proceedings. Should Plaintiff fail to do so, the Clerk of Court is directed to close the file for all purposes.

7. The pending Motion to Recuse Magistrate Judge, ECF No. 62, has been considered and is DENIED.

**DONE AND ORDERED** this 27th day of September 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**