UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA CITY DIVISION

**TERRY EUGENE SEARS,**

    **Plaintiff,**

v.                                                                    CASE NO. 3:15cv370-MCR-CJK

**RICHARD SUBASAVAGE,**
**Assistant Warden, et al.,**

    **Defendants.**
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 4, 2019. ECF No. 80. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m) for plaintiff's failure to timely effect service of process.

3. The Clerk shall close the file for all purposes.

**DONE AND ORDERED** this 20th day of February 2019.

       *s/ M. Casey Rodgers*
       **M. CASEY RODGERS**
       **UNITED STATES DISTRICT JUDGE**